UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Chaonan Pang,<br><br>                    Petitioner,<br><br>v.<br><br>Judith Almodovar, et al.,<br><br>                    Defendants. | 25-CV-9952 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, --- F. Supp. 3d ---, 2025 WL 2371588 (S.D.N.Y. August 13, 2025), and in light of Respondents' concession that *Lopez Benitez* "would control the result in this case," *see* ECF No. 7 at 3, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody no later than 5:00 p.m. on December 7, 2025. The conference previously scheduled for December 11, 2025 is cancelled. Respondents shall certify compliance with this Order with a filing on the docket. An opinion will follow.

SO ORDERED.

Dated: December 6, 2025
       New York, New York

_____
DALE E. HO
United States District Judge